UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JASWINDER RAI CHHIBBER

CASE NUMBER: 11CR0119

UNDER SEAL

MAGISTRATE JUDGE COLE

## GOVERNMENT'S MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in his flight.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: _____
Joel M. Hammerman
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-8881

DATE: February 16, 2011