# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 CR 119 - 1 | **DATE** | 2/16/2011 |
| **CASE TITLE** | USA vs. Jaswinder Rai Chhibber | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Jaswinder Rai Chhibber. The Government's motion to seal complaint, affidavit, and arrest warrant until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier is granted. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GR |
|---|---|---|