# United States District Court, Northern District of Illinois

COPY

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 CR 119 - 1 | **DATE** | 2/17/2011 |
| **CASE TITLE** | USA vs. Jaswinder Rai Chhibber | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 2/17/2011. Government's oral motion to unseal the case is granted. Defendant's oral motion for leave to file appearances of retained counsel is granted. Robert Orman, Jorge Cazares, and Walter Jones, Jr. are given leave to file their appearances as retained counsel for defendant. Counsel shall contact my courtroom deputy to set the preliminary hearing, if appropriate, by 2/28/2011. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. The court finds that there are a set of conditions that will reasonably assure the defendant's appearance at trial and reasonably ensure the safety of the community. Defendant shall be released after processing.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GR |
|---|---|---|