Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 11 CR 119 - 1 | DATE | 3/7/2012 |
| CASE TITLE | UNITED STATES OF AMERICA vs. JASWINDER RAI CHHIBBER | | |

**DOCKET ENTRY TEXT**

Jury trial held and continued to March 8, 2012 at 9:00 a.m. The government rests. Defendant's oral motion for acquittal under Fed. R. Crim. P. 29(a) is denied.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

06:45

| | Courtroom Deputy Initials: | air |
|---|---|---|