# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                               Case No.: 1:11–cr–00119
                                             Honorable Rebecca R. Pallmeyer

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 1, 2013:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Jaswinder Rai Chhibber: Restitution hearing held and continued to 4/15/2013 at 9:30 AM. Additional data to be requested from Blue Cross/Blue Shield concerning Defendants' "peer groups." Mailed notice (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.